UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 20-7-DLB-EBA

DENNIS CARMACK                                                                                    PLAINTIFF

v.                                              **ORDER**

TIMOTHY LEGG, et al.                                                                          DEFENDANTS

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the November 9, 2020 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, (Doc. # 23), wherein he recommends that Defendants' Motion to Dismiss, (Doc. # 22), be granted due to Plaintiff's failure to notify the Court of his change of address, as required by Local Rule 5.3(e) and the Court's previous order, (Doc. # 8). No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)   The Magistrate Judge's Report and Recommendation ("R&R"), (Doc. # 23), is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)   Defendants' Motion to Dismiss, (Doc. # 22), is **granted**;

(3)   Plaintiff's Complaint, (Doc. # 1), is **dismissed without prejudice** for failure to comply with Orders of the Court;

(4)   This matter is hereby **stricken** from the Court's active docket.

This 25th day of November, 2020.



Signed By:
*David L. Bunning*
United States District Judge

J:\DATA\ORDERS\Ashland Civil\2020\20-7 Order Adopting R&R.docx